IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

_____

**GINA CARWILE**                                                                  **PLAINTIFF**

vs.                                                     **CIVIL ACTION NO. 2:07CV133-P-B**

**JME, INC. D/B/A**
**MCALLISTER'S DELI**                                              **DEFENDANT**

_____

### AGREED ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO ANSWER DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Came on for hearing was the parties' *ore tenus* motion for an extension of time for Plaintiff to Answer Defendant's Interrogatories and Requests for Production of Documents. The Parties have agreed and stipulated to an extension of time allowing the Plaintiff, Gina Carwile, an additional thirty (30) days in which to respond to Defendant's Interrogatories and Requests for Production of Documents, which were originally due on or about December 19th, 2007.

**IT IS, THEREFORE, ORDERED** that Plaintiff be allowed an additional thirty days (30) in which to respond to Defendant's Interrogatories and Requests for Production of Documents. The Plaintiff's responses are due on or before January 17, 2008.

THIS, the 27th day of December, 2007.

                                                                                 /s/ Eugene M. Bogen
                                                                                 U. S. MAGISTRATE JUDGE